## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFORMATION

20-200

**DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:   Philadelphia                    County:   Philadelphia

City and State of Defendant:   Mahwah, New Jersey

County:   Bergen                    Register number:   N/A

Place of accident, incident, or transaction:        Eastern District of Pennsylvania

Post Office: Philadelphia                    County:   Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is Ayes@.

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: Yes

Case Numbers: 16-cr-506; 16-cr-508; 19-cr-316; 19-cr-689; 20-cr-064;

20-cr-065; 20-cr-111; 20-cr-169          Judge: Hon. R. Barclay Surrick, USDJ

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.    ◉ Antitrust

2.    ○ Income Tax and other Tax Prosecutions

3.    ○ Commercial Mail Fraud

4.    ○ Controlled Substances

5.    ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.    ○ General Criminal
(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
15 U.S.C. § 1 (conspiracy to restrain trade – 1 count)

DATE:   6/30/2020                    /s/ Daniel A. Velez
                                        Daniel A. Velez
                                        Assistant United States Attorney

File No. 2020R00313

*U.S. v. Glenmark Pharmaceuticals Inc., USA*