IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 9/15/2020 |
| vs. | | |
| GLENMARK PHARMACEUTICALS, INC., USA<br>TEVA PHARMACEUTICALS USA, INC. | : | Criminal No. 20-200-1-2 |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for a **telephone conference** on **September 17, 2020 at 3:00 PM** before the Honorable R. Barclay Surrick.

Thank you,

*/s/ Patrick Kelly*
Patrick Kelly, Deputy Clerk to Judge Surrick

(267) 299-7639 (Office)

Notice to:
Defendant **(via USPS)**
Beth A. Wilkinson, Esq. **(via email)**
Brian L. Stekloff, Esq. **(via email)**
Kosta S. Stojilkovic, Esq. **(via email)**
Lisa Dykstra, Esq. **(via email)**
Robert Stephen Stigall, Esq. **(via email)**
Eric W. Sitarchuk, Esq. **(via email)**
Daniel A. Velez, AUSA **(via email)**
Emma M. Burnham, AUSA **(via email)**
James A. Ryan, AUSA **(via email)**
Julia M. Maloney, AUSA **(via email)**
Mark C. Grundvig, AUSA **(via email)**
Matthew W. Lunder, AUSA **(via email)**
Tara M. Shinnick, AUSA **(via email)**
U.S. Marshal **(via email)**
Probation Office **(via email)**
Pretrial Services **(via email)**
Crystal Wardlaw **(via email)**

☐ NO INTERPRETER REQUIRED
☒ THIS PROCEEDING HAS BEEN RESCHEDULED FROM 9/16/2020