IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 2:20-cr-200-RBS |
| TEVA PHARAMCEUTICALS USA, INC. AND GLENMARK PHARMACEUTICALS INC., USA | : : |

**ORDER DECLARING A COMPLEX CASE AS TO ALL PARTIES**

This matter, <u>United States v. Teva Pharmaceuticals USA, Inc. and Glenmark Pharmaceuticals Inc., USA</u>, case number 20-200, having come before the Court upon the unopposed motion of the government to have the case declared a complex case for speedy trial purposes, the Court having been advised in the premises, does hereby find, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii), that the case is so unusual or so complex, due to the nature of the prosecution and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161(c)(1). The Court further orders that the time to file pretrial motions is extended until a date to be established.

SO ORDERED on this the __29th__ day of __September__, 2020, in Philadelphia, Pennsylvania.

/s/ R. Barclay Surrick
HONORABLE R. BARCLAY SURRICK
UNITED STATES DISTRICT JUDGE

cc:  Mark C. Grundvig, Attorney
     R. Stephen Stigall, Defense Counsel
     Speedy Trial Clerk