# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| v. | : |
| | : Criminal No. 2:20-cr-200-RBS |
| TEVA PHARMACEUTICALS USA, | : |
| INC., and GLENMARK | : |
| PHARMACEUTICALS INC., USA, | : |
| | : |
| Defendants. | : |

## NOTICE OF FIRM NAME CHANGE AND E-MAIL CHANGE

Please be advised that the law firm of WILKINSON WALSH LLP has changed its name to WILKINSON STEKLOFF LLP, effective November 2, 2020. The contact information for Beth A. Wilkinson, Brian L. Stekloff, and Kosta S. Stojilkovic, counsel for Defendant Glenmark Pharmaceuticals, Inc., USA, in the above captioned matter, is now:

> WILKINSON STEKLOFF LLP
> 2001 M Street NW, 10th Floor
> Washington, D.C. 20036
> Telephone: (202) 847-4000
> Facsimile: (202) 847-4005
> bwilkinson@wilkinsonstekloff.com
> bstekloff@wilkinsonstekloff.com
> kstojilkovic@wilkinsonstekloff.com

Counsel respectfully request that the Clerk and all counsel update their records to reflect this change.

Dated: November 2, 2020

Respectfully submitted,

 /s/ Kosta S. Stojilkovic
Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Fax: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

*Attorneys for Defendant Glenmark Pharmaceuticals Inc., USA*

**CERTIFICATE OF SERVICE**

    I, Kosta S. Stojilkovic, do hereby certify that I have served a true and correct copy of the foregoing document upon all counsel/parties by electronic filing on November 2, 2020. This document has been filed electronically and is available for viewing and downloading from the ECF system.

                                              /s/ Kosta S. Stojilkovic
                                              Kosta S. Stojilkovic