IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
:
v. :
: Criminal No. 2:20-cr-200-RBS
TEVA PHARMACEUTICALS USA, INC., :
and GLENMARK PHARMACEUTICALS :
INC., USA, :
:
Defendants. :

## ORDER

AND NOW, this 28th day of June, 2021, upon consideration of the Motion to Withdraw as Counsel of Record and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED and the following counsel for Defendant Glenmark Pharmaceuticals Inc., USA is hereby withdrawn from this matter: Lisa C. Dykstra.

/s/ R. Barclay Surrick
HON. R. BARCLAY SURRICK, J.