IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 20-200 |
| TEVA PHARMACEUTICALS USA, INC. : | |
| AND GLENMARK PHARMACEUTICALS, : | |
| INC., USA : | |

## ORDER

**AND NOW**, this 2nd day of August 2021, upon consideration of the United States' Motion for Extension of Time to File Response to Defendant Glenmark Pharmaceutical Inc.'s Motion for Relief (ECF No. 123), it is **ORDERED** that the Motion is **GRANTED in part** as follows:

1. The Government must file a response to Glenmark's Motion for Relief on or before Monday, August 16, 2021. No additional continuances will be granted.

2. The stay issued by the Court's July 28, 2021 Order (ECF No. 120) shall remain in place pending further order of the Court.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**