IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 20-200 |
| : | |
| TEVA PHARMACEUTICALS USA, INC. : | |
| and GLENMARK PHARMACEUTICALS., : | |
| USA : | |

# ORDER

**AND NOW**, this 14th day of January 2022, upon consideration of Defendant Glenmark's Motion for Misjoinder and Severance (ECF No. 105), Defendant Teva's Response thereto (ECF No. 115), and Plaintiff's Response in opposition thereto (ECF No. 116), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**