IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-200 |
| | : | |
| TEVA PHARMACEUTICALS USA, INC. | : | |
| and GLENMARK PHARMACEUTICALS., | : | |
| USA | : | |

# ORDER

**AND NOW**, this 13th day of October 2022, upon consideration of Teva Pharmaceuticals USA, Inc.'s Motion for Disclosure of Evidence Presented to the Grand Jury as to "Other Generic Drugs" (ECF No. 153), the Government's response in opposition thereto (ECF No. 154), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**