IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 20-200 |
| : | |
| TEVA PHARMACEUTICALS USA, INC. : | |
| and GLENMARK PHARMACEUTICALS INC., : | |
| USA : | |

## ORDER

**AND NOW**, this 14th day of October 2022, upon consideration of the United States' Motion for Entry of a Second Amended Proposed Scheduling Order (ECF No. 91), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Government's Motion is **DENIED as MOOT**.[1]

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] On October 14, 2022 the Court held an in-person status conference to discern the status of this matter and to discuss when the Parties believe it will be ready for trial. Pursuant to the representations of Counsel at the hearing, the Parties shall submit a joint proposed scheduling order to the Court with pretrial deadlines and a trial date in early 2024. After receiving the Parties' proposed scheduling order, we will issue a Second Amended Scheduling Order with the applicable dates. Based upon this understanding between Counsel and the Court, this Motion is now moot.