# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 2:20-CR-00200-RBS |
| : | |
| TEVA PHARMACEUTICALS : | |
| USA, INC., AND : | |
| GLENMARK PHARMACEUTICALS : | |
| INC., USA : | |

## STIPULATED SCHEDULING ORDER

WHEREAS, the Parties (United States of America, Defendant Teva Pharmaceuticals USA, Inc., and Defendant Glenmark Pharmaceuticals Inc., USA) appeared before the Court for a status conference on October 14, 2022;

WHEREAS, on November 9, 2022, the Court ordered the Parties to confer and submit a proposed trial date and deadlines for motions and other pretrial submissions;

WHEREAS, the Parties stipulate to and request that the Court enter the following Stipulated Scheduling Order:

| *Event* | *Category* | *Deadline* |
|---|---|---|
| **General Motions** | | |
| | Responses | Two weeks after motion |
| | Replies | One week after response |
| **Substantive Motions** | Opening Motions | May 19, 2023 |
| | Responses | June 16, 2023 |
| | Replies | June 30, 2023 |
| **Expert Disclosures** | Government's Disclosures | December 18, 2023 |
| | Defendants' Disclosures | February 26, 2024 |
| **404(b) Notice and *Brady/Giglio*** | | February 12, 2024 |
| **Pretrial Motions and Trial Memoranda** | Pretrial Motions and Trial Memoranda | March 11, 2024 |
| | Responses | March 25, 2024 |
| | Replies | April 1, 2024 |
| **Hearing on Pretrial Motions** | | On request |
| **Government Exhibit Lists and Witness Lists; Jencks Disclosures** | | April 8, 2024 |
| **Defense Exhibit Lists and Witness Lists*** | | April 22, 2024 |
| **Voir Dire Questions, Jury Instructions, Witness Lists, and Proposed Verdict Forms** | | April 22, 2024 |
| **Trial** | | May 6, 2024 |

**\***Defendants will disclose witnesses they will call and exhibits they intend to use in their cases-in-chief.

[*signatures on the following pages*]

Accordingly, it is **ORDERED** that the Stipulated Scheduling Order shall govern the proceedings in this case.

**IT IS SO ORDERED.**

**SIGNED** on this   14th   day of   December   , 2022

**BY THE COURT:**

s/ R. Barclay Surrick
**R. BARCLAY SURRICK, DISTRICT JUDGE**

[*attorney signatures on the following pages*]

*/s/ Matthew W. Lunder*
Matthew W. Lunder
Julia M. Maloney
James A. Ryan
Michael M. Sawers

U.S. Department of Justice
Antitrust Division
450 Fifth St. NW, Suite 11300
Washington, DC 20530
Telephone: (202) 305-1878

*Attorneys for the United States of America*


*/s/ Stephen Stigall*
R. Stephen Stigall (PA ID 78748)
David. L. Axelrod (PA ID 323792)
James A. Mitchell

BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215-665-8500
stigalls@ballardspahr.com
axelrodd@ballardspahr.com

Mark P. Ressler

KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Telephone: 212-506-1700
mressler@kasowitz.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com
bstekloff@wilkinsonwalsh.com
kstojilkovic@wilkinsonwalsh.com

*Attorneys for Defendant Glenmark Pharmaceuticals Inc., USA*