**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 2:20-cr-200-RBS |
| TEVA PHARMACEUTICALS USA, | : | |
| INC., and GLENMARK | : | |
| PHARMACEUTICALS INC., USA, | : | |
| | : | |
| Defendants. | : | |

## TEVA PHARMACEUTICALS USA, INC.'S MOTION TO SEAL

Teva Pharmaceuticals USA ("Teva") hereby moves to file under seal Teva's concurrently submitted Reply Brief in Support of its Motion to Modify the Protective Order and supporting exhibits.

Teva's Reply Brief in Support of its Motion to Modify the Protective Order and supporting exhibits include information relating to and derived from the government's interviews of a cooperating witness in this matter.  Teva requests that the Clerk of Court make no public docket entry of the sealed Reply Brief in Support of its Motion to Modify the Protective Order and supporting exhibits and provide copies only to counsel for the parties to this matter.

Dated: May 30, 2023                    Respectfully submitted,


   */s/ R. Stephen Stigall*
R.  Stephen Stigall (PA ID 78748)
David L. Axelrod (PA ID 323792)
Elizabeth Weissert (PA ID 322931)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
sttigalls@balladspahr.com
axelrodd@balladspahr.com
weisserte@ballardspahr.com

James A. Mitchell (*pro hac vice*)
BALLARD SPAHR LLP
1675 Broadway 19th Fl.
New York, NY 10019
Telephone: (212) 223-0200
mitchellj@ballardspahr.com

Mark P. Ressler (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NY 10019
212-506-1700
mressler@kasowitz.com

*Attorneys for Defendant Teva*
*Pharmaceuticals USA, Inc.*

## **CERTIFICATE OF SERVICE**

I, R. Stephen Stigall, do hereby certify that I have served a true and correct copy of the

foregoing document upon all counsel/parties by electronic filing on May 30, 2023. This document has

been filed electronically and is available for viewing and downloading from the ECF system.

*/s/ R.  Stephen Stigall*
R.  Stephen Stigall